58 So.2d 133

## F. I. EATMAN v. Floyd GOODSON et al.
### 2 Div. 299.

Supreme Court of Alabama.
March 13, 1952.

Rehearing Denied April 24, 1952.

E. D. McDuffie and Joe G. Burns, Tuscaloosa, for petitioners.

David M. Hall, Eutaw, and Jones, Dominick & McEachin, Tuscaloosa, opposed.

FOSTER, Justice.

This is a petition for certiorari to the Court of Appeals filed by Floyd Goodson and Naomi Goodson to review and revise the judgment and decision of that court in the case of Eatman v. Goodson, Ala.App., 58 So.2d 130.

After a careful consideration of the opinion and all matters before us for review, we are persuaded the petition must be denied.

Writ denied.

BROWN, LAWSON and STAKELY, JJ., concur.

58 So.2d 142

## Lewis L. LEONARD v. STATE.
### 4 Div. 685.

Supreme Court of Alabama.
March 13, 1952.

Rehearing Denied April 24, 1952.

Baldwin & Baldwin and Prestwood & Prestwood, all of Andalusia, for petitioner.

Si Garrett, Atty. Gen., and Thos. F. Parker, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Lewis L. Leonard for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Leonard v. State, 58 So.2d 138.

Writ denied.

BROWN, FOSTER, LAWSON and STAKELY, JJ., concur.

58 So.2d 482

## Albert HALL v. STATE.
### 5 Div. 534.

Supreme Court of Alabama.
April 24, 1952.

Walker & Walker, Opelika, for petitioner.

Si Garrett, Atty. Gen., and Thos. M. Galloway, Asst. Atty. Gen., opposed.

STAKELY, Justice.

Petition of Albert Hall for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Hall v. State, 58 So.2d 479.

Writ denied, petition dismissed.

LIVINGSTON, C. J., and FOSTER and SIMPSON, JJ., concur.